**Dismissed and Memorandum Opinion filed March 26, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00908-CV

_____

**JOSHUA READ, Appellant**

**V.**

**WILDA GARRETT, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Court Cause No. 541701102**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 30, 2012. The clerk's record was filed October 5, 2012. No reporter's record or brief was filed.

On January 24, 2013, this court issued an order stating that unless appellant submitted a brief on or before February 25, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.